IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEVEN A. WESOLEK,**
**D.O.C. # C06748,**

    **Plaintiff,**

vs.                                                                    Case No. 4:25-cv-110-MCR-MAF

**SGT. STRAWN, et al.,**

    **Defendants.**
_____/

## O R D E R

On June 10, 2025, the Court entered a recommendation of dismissal without prejudice for failure to prosecute. ECF No. 10. Later that day, Plaintiff's motion for voluntary dismissal—mailed on June 5th—was docketed. ECF No. 11. Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss his or her case without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. This Order vacates the Court's June 10th Report and Recommendation, ECF No. 10, and confirms the case has been dismissed without prejudice.

Accordingly, it is **ORDERED** that the Court's Report and Recommendation, ECF No. 10, is **VACATED** and Plaintiff's notice of voluntary dismissal, ECF No. 11, is **ACCEPTED**. The Clerk of Court shall

administratively close this case.

**DONE AND ORDERED** on June 12, 2025.

<u>s/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

4:25-cv-110-MCR-MAF